PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Docket Number: 2:95CR00099-01** |
| | ) | |
| **Michael Charles BILODEAUX** | ) | |
| | ) | |

On October 1, 1996, the above-named was placed on Supervised Release for a period of 5 years, which commenced on December 12, 2003. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lori V. Clanton

**LORI V. CLANTON
Senior United States Probation Officer**

Dated:     September 18, 2007
           Roseville, California
           lvc:cd

**REVIEWED BY:**     **/s/ Richard A. Ertola**
                    **RICHARD A. ERTOLA
                    Supervising United States Probation Officer**

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Michael Charles BILODEAUX**
**Docket Number:   2:95CR00099-01**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that Michael Charles BILODEAUX be discharged from Supervised Release, and that the proceedings in the case be terminated.

_October 1, 2007_
**Date**

**LAWRENCE K. KARLTON**
**Senior United States District Judge**

lvc:cd
Attachment:   Recommendation
cc:    United States Attorney's Office
       FLU Unit, AUSA's Office
       Fiscal Clerk, Clerk's Office

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **vs.** ) | **Docket Number:  2:95CR00099-01** |
| ) | |
| **Michael Charles BILODEAUX** ) | |
| ) | |

**LEGAL HISTORY:**

On October 1, 1996, the above-named was placed on Supervised Release for a period of 5 years, which commenced on December 12, 2003. Special conditions included a requirement for warrantless search, financial disclosure, and drug aftercare. A special assessment in the amount of $200 has been paid in full.

**SUMMARY OF COMPLIANCE:**

The releasee has complied with all standard and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that the releasee has derived maximum benefit from supervision and is not in need of continued supervision.

**Re:   Michael Charles BILODEAUX**
       **Docket Number:   2:95CR00099-01**
       **RECOMMENDATION TERMINATING**
       **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

                              Respectfully submitted,

                              /s/ Lori V. Clanton

                          **LORI V. CLANTON**
                          **Senior United States Probation Officer**

Dated:      September 18, 2007
            Roseville, California
            lvc:cd

**REVIEWED BY:**          **/s/ Richard A. Ertola**
                          **RICHARD A. ERTOLA**
                          **Supervising United States Probation Officer**

cc:    AUSA William S. Wong (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)